UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, as Trustee, et al.,

Plaintiffs,

-v-

WATKINS SECURITY AGENCY OF D.C., INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 5728 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management and reports and recommendations on dispositive motions. (Dkt. No. 5). On July 6, 2026, Plaintiffs Manny Pastreich, as Trustee, and Trustees of the Building Service 32BJ Health Fund and Building Service 32BJ Supplemental Retirement and Savings Plan (together, "Plaintiffs") filed a complaint asserting claims against Defendant Watkins Security Agency of D.C., Inc. ("Defendant") under Sections 502(a)(3) and 515 of the Employment Retirement Income Security Act, as amended 29 U.S.C. §§ 1132(a)(3), 1145 ("ERISA"), and Section 301 of the Labor-Management Relations Act of 1947, 29 U.S.C. § 185 (the "Taft-Hartley Act"). (Dkt. No. 1 (the "Complaint")). Pursuant to Federal Rule of Civil Procedure 4(m), the deadline for Plaintiffs to serve the summons and Complaint on Defendant was October 5, 2026. See Fed. R. Civ. P. 4(m). To date, Plaintiffs have not filed proof of service of the summons and Complaint on Defendant.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Plaintiffs to file proof of service of the summons and Complaint on Defendant to **October 20, 2026**.

PLAINTIFFS ARE WARNED THAT FAILURE TO FILE THE REQUIRED PROOF OF SERVICE BY **OCTOBER 20, 2026** MAY RESULT IN THE UNDERSIGNED RECOMMENDING THAT THIS CASE BE DISMISSED FOR FAILURE TO PROSECUTE.

Dated: New York, New York
October 6, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**