RAAB, STURM & GANCHROW, LLP
COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

* ADMITTED IN NY
**ADMITTED IN NY AND NJ
***ADMITTED IN NY AND CT
****ADMITTED IN NY AND FLA
*****ADMITTED IN NY, NJ AND MD

Plaintiffs' request at Dkt. No. 7 is **GRANTED**. The deadline for Plaintiffs to file proof of service of the summons and complaint on Defendant Watkins Security Agency of D.C., Inc. is **EXTENDED** to **November 3, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 7.

SO ORDERED. October 20, 2026

SARAH L. CAVE
United States Magistrate Judge

October 19, 2026

**VIA ECF ELECTRONIC FILING**
Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, New York 10007

**Re: Manny Pastreich, as Trustee, et al. v. Watkins Security Agency of D.C.**
**Civil Action No. 26-cv-5728**

Dear Judge Cave:

Our firm is counsel for the respective Plaintiffs in this matter (hereafter the "Funds"). Presently, the Court has set a deadline of October 20, 2026, to file proof of service of the summons and complaint. The Funds ask that this deadline be extended two (2) weeks, to November 3, 2026.

The Funds have diligently worked to attempt to serve Defendant Watkins Security Agency of D.C. ("Defendant") For example, in August 2026, the Funds attempted to work through a local process server, who attempted service at multiple addresses associated with Defendant. See attached as **Exhibit "A"**. It is my understanding that additional service attempts were made by this process server.

The Funds retained a second process server for a rush order to serve Defendant at a third address immediately upon my return from my honeymoon, on October 7, 2026. Said process server represents that it served Defendant on October 9, 2026. See attached hereto as **Exhibit "B"**. However, despite multiple follow ups, I have not yet received the Affidavit of Service. I have, however, been assured that it is forthcoming. Given the representation of the process server that service has been properly made, I ask that the Court grant this two (2) week extension to allow for the process server to provide the Affidavit of Service.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

*/s/ Samuel R. Bloom*
Samuel R. Bloom