UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, as Trustee, et al.,

Plaintiffs,

-v-

WATKINS SECURITY AGENCY OF D.C., INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 5728 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 6, 2026, Plaintiffs Manny Pastreich, as Trustee, and Trustees of the Building Service 32BJ Health Fund and Building Service 32BJ Supplemental Retirement and Savings Plan (together, "Plaintiffs") filed a complaint asserting claims against Defendant Watkins Security Agency of D.C., Inc. ("Defendant") under Sections 502(a)(3) and 515 of the Employment Retirement Income Security Act, as amended 29 U.S.C. §§ 1132(a)(3), 1145 ("ERISA"), and Section 301 of the Labor-Management Relations Act of 1947, 29 U.S.C. § 185 (the "Taft-Hartley Act"). (Dkt. No. 1 (the "Complaint")). On October 9, 2026, Plaintiff served the summons and Complaint on Defendant, making Defendant's deadline to respond October 30, 2026. (Dkt. No. 8). See Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendant has not responded to the Complaint, or otherwise appeared in this action. As a one-time courtesy, the Court **EXTENDS** Defendant's deadline to respond to the Complaint to **November 16, 2026**.

Further, Defendant is put on notice that as a corporate entity, it must appear through counsel in this action, and cannot proceed pro se. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993) ("a corporation may appear in the federal courts only

through licensed counsel."); accord Kenyatta v. City of New York, No. 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. July 16, 2025) (same).

DEFENDANT IS WARNED THAT FAILURE TO RESPOND TO THE COMPLAINT BY **NOVEMBER 16, 2026** MAY RESULT IN THE COURT PERMITTING PLAINTIFFS TO INITIATE DEFAULT PROCEEDINGS AGAINST DEFENDANT.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Watkins Security Agency of D.C., Inc. at 2901 Druid Park Drive, Suite A-106, Baltimore MD 21215.

Dated: New York, New York
November 2, 2026

SO ORDERED.

Sarah L Cave

**SARAH L. CAVE**
**United States Magistrate Judge**