UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, as Trustee, et al.,

Plaintiffs,

-v-

WATKINS SECURITY AGENCY OF D.C., INC.,

Defendant.

CIVIL ACTION NO. 26 Civ. 5728 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 6, 2026, Plaintiffs Manny Pastreich, as Trustee, and Trustees of the Building Service 32BJ Health Fund and Building Service 32BJ Supplemental Retirement and Savings Plan (together, "Plaintiffs") filed a complaint asserting claims against Defendant Watkins Security Agency of D.C., Inc. ("Defendant") under Sections 502(a)(3) and 515 of the Employment Retirement Income Security Act, as amended 29 U.S.C. §§ 1132(a)(3), 1145 ("ERISA"), and Section 301 of the Labor-Management Relations Act of 1947, 29 U.S.C. § 185 (the "Taft-Hartley Act"). (Dkt. No. 1 (the "Complaint")). On October 9, 2026, Plaintiff served the summons and Complaint on Defendant, making its deadline to respond October 30, 2026. (Dkt. No. 8). See Fed. R. Civ. P. 12(a)(1)(A)(i). On November 2, 2026, Defendant having not responded to the Complaint, the Court sua sponte extended its deadline to do so to November 16, 2026, warning Defendant that failure to timely respond to the Complaint may result in the Court permitting Plaintiff to initiate default proceedings against it. (Dkt. No. 10).[1]

[1] Defendant, a corporate entity, is also required to appear through counsel in this action, and cannot proceed pro se. (Dkt. No. 10). See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993) ("a corporation may appear in the federal courts only through licensed counsel."); accord

To date, Defendant has still not responded to the Complaint or otherwise appeared in this action despite the Court's warning that failure to timely respond to the Complaint may result in the Court permitting Plaintiff to initiate default proceedings against it. (See Dkt. No. 10).

Plaintiff is hereby **ORDERED** to request a Certificate of Default against Defendant from the Clerk of Court by **December 1, 2026** and to file a Motion for Default Judgment in accordance with the undersigned's Individual Practices, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **December 15, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Watkins Security Agency of D.C., Inc. at 2901 Druid Park Drive, Suite A-106, Baltimore MD 21215.

Dated: New York, New York
November 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

Kenyatta v. City of New York, No. 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. July 16, 2025) (same).